IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW R. RISER

INFORMATION

3:11mj255

_____

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

On or about August 20, 2011, and within the special maritime and territorial jurisdiction of the United States, to wit: Gulf Islands National Seashore, the defendant,

**MATTHEW R. RISER,**

did unlawfully drive a motor vehicle with knowledge that his license and/or driving privileges were cancelled, suspended or revoked, in violation of Section 322.34(2), Florida Statutes and Title 36, Code of Federal Regulations, Part 4.2.

**COUNT TWO**

On or about August 20, 2011, and within the special maritime and territorial jurisdiction of the United States, to wit: Gulf Islands National Seashore, the defendant,

**MATTHEW R. RISER,**

did unlawfully drive a motor vehicle with an expired registration of more than six months, in violation of Section 320.07(3)(b), Florida Statutes and Title 36, Code of Federal Regulations, Part 4.2.

_____ for
PAMELA C. MARSH
United States Attorney

11/14/11
DATE

2